THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DAN L. INGHAM, § | |
| Petitioner, § | |
| § | |
| vs. § | Civil No. B-88-42 |
| § | |
| GARY L. JOHNSON, Director, § | |
| Texas Department of Criminal Justice, § | |
| Institutional Division, § | |
| Respondent. § | |

ORDER

Due to Respondent's failure to comply with this Court's Order issued on the 8th day of June, 1998, Respondent is hereby **ORDERED** to show cause why all relief requested by the petitioner should not be granted. Respondent is ordered to do so within **TEN (10) days** of the issuance of this order.

DONE this _____ day of November, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge