27

United States District Court
Southern District of Texas
ENTERED

DEC 0 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| DAN L. INGHAM,<br>    Petitioner, | §<br>§<br>§ |
| vs. | § Civil No. B-88-42<br>§ |
| GARY L. JOHNSON, Director,<br>Texas Department of Criminal Justice,<br>Institutional Division,<br>    Respondent. | §<br>§<br>§<br>§ |

## ORDER

On the 20th day of March 1995, this Court Ordered that the Petitioner's Unopposed Motion to Dismiss his Writ of Habeas Corpus be Granted without prejudice. Petitioner subsequently filed a new Petition for Writ of Habeas Corpus on the 20th day of June, 1997. A Certificate of Service is attached to said petition signed by counsel for the petitioner stating that a copy was mailed to Dan Morales, Texas Attorney General on that same date. No response from the respondent was filed.

On the 8th day of June, 1998, this Court ordered that the respondent file an answer to the petitioner's claims within twenty (20) days. No response from the respondent was filed.

On the 15th day of November, 1999, this Court ordered that due to the complete failure to comply with this Court's previous orders, Respondent was ordered to show cause why all relief requested by the petitioner should not be granted within ten (10) days. No response has been filed as of this date.

Because the Respondent has continued to disregard this Court's numerous orders and has ignored this case entirely, it is **ORDERED** that all relief sought by the Petitioner in the above mentioned cause of action is hereby **GRANTED**. **The execution of this order shall be STAYED for thirty (30) days** and Respondent is **GRANTED** leave to seek further stay and other relief from the Fifth Circuit Court of Appeals.

DONE this **3rd** day of December, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge

ClibPDF - www.fastio.com