29

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
DEC 0 8 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DAN L. INGHAM,<br>    Petitioner,<br><br>vs.<br><br>GARY L. JOHNSON, Director,<br>Texas Department of Criminal Justice,<br>Institutional Division,<br>    Respondent. | § § § § § § § § § § § Civil No. B-88-42 |

## ORDER

Before this Court is Respondent's Motion to Dismiss for Lack of Jurisdiction. On the 3rd day of December, 1999, all relief sought by the petitioner was granted and stayed for thirty (30) days for Respondent to seek relief from the Fifth Circuit Court of Appeals. Respondent's Motion to Dismiss is therefore **MOOT** and all matters should be directed to the Fifth Circuit.

DONE this 8th day of December, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge