THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DAN L. INGHAM, § | |
|     Petitioner, § | |
| § | |
| vs. § | Civil No. B-88-42 |
| § | |
| GARY L. JOHNSON, Director, § | |
| Texas Department of Criminal Justice, § | |
| Institutional Division, § | |
|     Respondent. § | |

### ORDER

Before this Court is Respondent's Motion to Alter or Amend Judgment with Brief in Support. After reviewing said brief, it has come to this Court's attention that Respondent claims to have never received a copy of the Order of this Court dated the 8th of June, 1998. Attached is a copy of the Domestic Return Receipt stamped by the Office of the Attorney General on the 15th day of June, 1998 in recognition of the receipt of said Order. Because of this untruth, this Court has hereby set a Contempt Hearing for the _21st_ day of December, 1999 at _8:30 A.M._. All counsel are **ORDERED** to appear.

Also before this Court is Respondent's Motion to Substitute Counsel. Said motion is hereby **GRANTED.** Any other pending motions will be addressed at said hearing.

DONE this _10th_ day of December, 1999 in Brownsville, Texas.

_____
Filemon B. Vela
United States District Judge

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

**3. Article Addressed to:**

Ms. Dana E. Parker
Assistant Attorney General
Office of the Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas  78711-2548

RECEIVED IN MAILCENTER
(B-88-042)

**4a. Article Number**
Z 166 985 798

**4b. Service Type**
☐ Registered          ☐ Certified
☐ Express Mail        ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

**7. Date of Delivery**

**5. Received By:** *(Print Name)*
JUN 15 1998

**8. Addressee's Address** *(Only if requested and fee is paid)*

**6. Signature:** *(Addressee or Agent)*
X  OFFICE OF THE ATTORNEY GENERAL  78701

PS Form **3811**, December 1994       102595-97-B-0179       **Domestic Return Receipt**

Thank you for using Return Receipt Service.

Is your RETURN ADDRESS completed on the reverse side?