38

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 27 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| *DAN L. INGHAM,* | § | |
| Petitioner, | § | |
| | § | |
| *v.* | § | CIVIL ACTION NO. B-88-42 |
| | § | |
| *GARY L. JOHNSON, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF CRIMINAL* | § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

## ORDER

Following the hearing held in this cause on December 21, 1999, the Court enters the following orders:

The Court's order of December 3, 1999, is hereby WITHDRAWN;

The Respondent is ORDERED to file a response to Petitioner's habeas corpus petition by January 21, 2000;

The Clerk of The Court is ORDERED to assign to this case a new cause number and include in the new case file the originals of the petition filed by Petitioner on June 20, 1997, and all subsequent pleadings, documents, and orders. **New Case No. B-99-206**

SIGNED on this the 23rd day of December, 1999.

FILEMON B. VELA
UNITED STATES DISTRICT JUDGE